IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSE R. SCHWORCK and
DYLAN PAUL BANGERT,

        Plaintiffs,

v.

MADISON POLICE DEPARTMENT,
CITY OF MADISON, OFFICE OF THE
CITY ATTORNEY, MICHAEL P. MAY,
JASON FREEDMAN, JENNIFER ZILAVY,
PAIGE VALENTA, ALEX BERKOVITZ,
DAN NALE, ROGER A. ALLEN, STEVEN
C. BRIST, LANA J. MADES, LARA M.
MAINELLA, AMBER R. MCREYNOLDS,
MARCI A. PAULSEN, ADRIANA M.
PEGUERO, KEVIN B. RAMAKRISHNA,
KATE M. SMITH, JAIME L.
STRAFFARONI, JOHN W. STRANGE,
DORAN E. VISTE, and BRITTANY A.
WILSON,

        Defendants.

ORDER

Case No. 19-cv-312-wmc

---

Plaintiffs Jesse R. Schworck and Dylan Paul Bengert filed this civil lawsuit, and in the closing paragraph of their complaint request an "emergency injunction" that would prevent defendants from interfering with their church members. (Dkt. #1 at 16.) Besides failing to file a stand-alone motion seeking injunctive relief, the motion is deficient because plaintiffs have not complied with this court's procedure for obtaining preliminary injunctive relief, a copy of which will be provided to plaintiffs with this order. Under these procedures, a plaintiff must file and serve proposed findings of fact that support his claims, along with any evidence that supports the proposed findings. Since plaintiffs have not

provided any proposed findings of fact, much less any evidence that would underly such proposed findings of fact, their request must be DENIED. The denial, however, is without prejudice. Should plaintiffs renew this motion, they must follow the required procedures and bear in mind that to succeed in such a motion, they must also make the following showing: (1) a likelihood of success on the merits of his case; (2) a lack of an adequate remedy at law; and (3) an irreparable harm that will result if the injunction is not granted. *Lambert v. Buss*, 498 F.3d 446, 451 (7th Cir. 2001).

ORDER

IT IS ORDERED THAT plaintiff's request for an emergency injunction is DENIED. The clerk of court is directed to send plaintiffs a copy of this court's Procedures to be Followed on Motions for Injunctive Relief along with this order.

Entered this 23rd day of April, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge