**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

**JESSE SCHWORCK AND**
**LION OF JUDAH HOUSE OF RASTAFARI,**

    **PLAINTIFFS,**

 **VS.**                 **CASE NO. 19-CV-00312-WMC**

**CITY OF MADISON, JENNIFER ZILAVY,**
**JASON FREEDMAN, KYLE BUNNOW, AND**
**CHARANJEET KAUR,**

    **DEFENDANTS.**

---

**PLAINTIFF'S NOTICE OF APPEAL TO A COURT OF APPEALS FROM JUDGMENT OF A DISTRICT COURT A JUDGMENT**

---

    Notice is hereby given that Jesse Schworck and Lion of Judah House of Rastafari, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from a judgment dismissing the case against City of Madison, Jennifer Zilavy, Jason Freedman, Kyle Bunnow and Charanjeet Kaur, Defendants, entered in this action on the 6th day of May, 2021.

    Submitted this 6th day of June, 2021.

    <u>/s/Jesse Schworck</u>
    Mr. Jesse Schworck
    jesseschworck@yahoo.com